𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱

𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔗𝔢𝔵𝔞𝔰

𝔉𝔦𝔩𝔢𝔪𝔬𝔫 𝔅. 𝔙𝔢𝔩𝔞
𝔍𝔲𝔡𝔤𝔢
𝔓. 𝔒. 𝔅𝔬𝔵 1072
𝔅𝔯𝔬𝔴𝔫𝔰𝔳𝔦𝔩𝔩𝔢, 𝔗𝔢𝔵𝔞𝔰 78522

January 7, 1999

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Mr. Ronald W. Armstrong
R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas  78521

Mr. Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER
855 W. Price Rd., Suite 9
Brownsville, Texas  78520-8786

Mr. Joseph A. Rodriguez
RODRIGUEZ, COLVIN & CHANEY
P. O. Box 2155
Brownsville, Texas  78522

>            Re:  Removal - Civil Action No. B-98-185, Roberto
>                 Ramirez, et al. vs. Mid-Valley Ford, Inc., and
>                 Ford Motor Company

**Counselors:**

Please notice that in a continuing effort to more promptly address the Civil Docket of this Court, effective September 1, 1984, the conduct of all matters relating to all civil cases assigned to <u>this</u> <u>Judge</u> will be served exclusively by the Magistrate initially designated upon filing. The Clerk shall direct all motions, requests and applications for relief through final pre-trial orders to the Magistrate Judge (except dispositive motions which shall be reviewed by the District Judge for mutual consideration and study).

THE JUDGES OF THE SOUTHERN DISTRICT OF TEXAS HAVE ADOPTED A POLICY BY WHICH NONCOMPLIANCE WITH THE RULES WILL RESULT IN SANCTIONS. IT IS EXTREMELY IMPORTANT THEN THAT ALL COUNSEL ADHERE TO DEADLINES AND COMPLY WITH ALL ORDERS OF THE DISTRICT JUDGES AND THE MAGISTRATE JUDGES.

The above case has been removed to this Court and in order for all interests to be served an initial pretrial conference is set for March 10, 1999 at 1:30 p.m. before the Honorable John Wm. Black, in Brownsville, Texas. Should there be no pending motions ripe for ruling, the parties may request that such hearing be conducted telephonically. The main purpose of the initial pretrial

conference is to determine the status of the case and, if necessary, to set dates for:

1. Discovery deadlines;

2. Conduct of the case including additional pre-trial conferences, and hearings on motions;

3. Filing of the Pre-trial Order setting forth:

    a. the nature of the case;
    b. contentions of the case;
    c. stipulations;
    d. specific issues of fact, as they are to be submitted to the jury;
    e. issues of law if any;
    f. list of all pending motions;
    g. approximate duration of trial;
    h. in non-jury cases, specific proposed findings of fact and conclusions of law.

4. A final pre-trial and settlement conference; and

5. A trial on the merits.

THE PRE-TRIAL ORDER SHALL SERVE AS THE TRIAL PLEADINGS. FAILURE TO FILE THE PRE-TRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION.

WHEN PREPARING AND FILING MOTIONS, Counsel shall comply fully with the dictates of Rule 6 of the Local Rules of the United States District Court for the Southern District of Texas. In particular, the District Clerk has been advised that no opposed motion will be filed unless it:

"contain[s] an averment that [t]he movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion." Rule 6(A)(4).

All counsel should be further advised that the new Local Rules no longer require the affixing of a submission date on an opposed motion. Instead, the new rule provides that all "[o]pposed motions will be submitted to the judge twenty (20) days from filing without notice from the Clerk and without appearance by counsel." Rule 6(D).

                                                Very truly yours,

                                                Filemon B. Vela by mfg

cc: Honorable John Wm. Black
    United States Magistrate Judge



| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Warren J. Turner §
§
versus §  CIVIL ACTION B-
§
Crossing of Mexico Forwarding §
Inc., §

B-99-002

United States District Court
Southern District of Texas
ENTERED
JAN 07 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Order Setting Conference

1. Counsel shall appear for an initial pretrial conference:

   April 22, 1999, at 11:30 A .m.
   Courtroom, Fourth Floor
   United States Courthouse
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations. When a group description is effective disclosure, an individual listing is not necessary. Underline the name of corporations with publicly traded securities. Counsel must promptly amend the list when parties are added or additional interested parties are identified.

3. The plaintiff must serve the defendant within 120 days of filing the complaint. The plaintiff's failure to file proof of service within that time may result in dismissal by the court on its own initiative. See Rule 4(m).

4. At least 14 days before the conference, counsel must file a joint case management plan with the identity and purpose of witnesses, sources and types of documents, and other requirements for a prompt and inexpensive preparation of this case for disposition by motion or trial. See Fed R. Civ. P. Rule 26(f).

5. The parties may agree on additional deadlines for completion of pretrial matters and bring a proposed Scheduling and Docket Control Order with them to the initial pretrial conference.

6. By the conference, counsel will have interviewed their clients and read the documents; readily available documents will have been exchanged at the plan meeting at the latest.

7. The court will set a schedule for initial preparation and may rule on motions pending or made at the conference.

8. Counsel who file or remove an action must serve a copy of this order on the other parties.

9. Counsel who appears at the conference must have authority to bind the client and must know the facts.

10. Counsel must have discussed alternative dispute resolution with their clients and each other; at the conference, the court will consider whether a method of ADR is suited to this case.

11. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of expenses.

BY THE ORDER OF THE COURT

```
CASE:       1:98-cv-00097
DOCUMENT:   15
DATE:       01/07/99

CLERK:      mguz
```

15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REYMUNDO GARZA | * | CIVIL ACTION |
| VERSUS | * | NO. B-98-97 |
| PINE BLUFF SAND & GRAVEL COMPANY | * | JURY DEMANDED |
| * * * * * * * * * | | ADMIRALTY |

United States District Court
Southern District of Texas
ENTERED
JAN 07 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

## O R D E R

Upon application of J. Fredrick Kessenich for leave to act as attorney-in-charge;

**IT IS ORDERED** that the application is granted and that J. Fredrick Kessenich be and is hereby allowed to appear and act as attorney-in-charge for Pine Bluff Sand & Gravel Company in the above captioned matter.

Brownsville, Texas, this 7 day of July, 1999.

_____
UNITED STATES DISTRICT JUDGE