

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERTO RAMIREZ, SAUL RAMIREZ, and MARGARITA RAMIREZ, Individually and on Behalf of ALL OTHERS SIMILARLY SITUATED, Plaintiffs | * * * * * * * | |
| VS. | * * | CIVIL ACTION NO. B-98-185 |
| MID-VALLEY FORD, INC. and FORD MOTOR COMPANY, Defendants | * * * | |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE

On this day, came on to be considered the Unopposed Motion to Continue Initial Pretrial Conference filed by Defendant Ford Motor Company in the above-entitled and numbered case. The Court, having considered the motion, is of the opinion that it should be granted. It is therefore

ORDERED that the Unopposed Motion to Continue Initial Pretrial Conference be, and the same is hereby granted. It is further

ORDERED THAT the initial pretrial conference presently set for March 10, 1999 at 1:30 o'clock p.m. be, and it is hereby, continued until the 17th day of March, 1999 at 1:30 o'clock p.m.

ENTERED this 9th day of March, 1999, at Brownsville, Texas.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE