9

United States District Court
Southern District of Texas
ENTERED

MAR 0 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROBERTO RAMIREZ, SAUL RAMIREZ, and MARGARITA RAMIREZ, Individually and on Behalf of ALL OTHERS SIMILARLY SITUATED,<br>　　　Plaintiffs<br><br>VS.<br><br>MID-VALLEY FORD, INC. and FORD MOTOR COMPANY,<br>　　　Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>**CIVIL ACTION NO. B-98-185**<br>*<br>*<br>*<br>* |

## ORDER GRANTING UNOPPOSED MOTION TO BE PERMITTED TO PRACTICE BEFORE THIS COURT PRO HAC VICE

CAME ON this day Unopposed Motion to be Permitted to Practice Before This Court Pro Hac Vice filed on behalf of Lynn E. Parseghian as attorney for Defendant Ford Motor Company, and the Court after having reviewed the Motion and the pleadings on file herein, is of the opinion that the same should be GRANTED. It is, therefore,

ORDERED that Unopposed Motion to be Permitted to Practice Before this Court Pro Hac Vice be Granted, and it is further

ORDERED that Lynn E. Parseghian shall be permitted to practice before this Court for the purpose of this case only. 9th day of March, 99.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE