14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERTO RAMIREZ, SAUL RAMIREZ, and MARGARITA RAMIREZ, Individually and on Behalf of ALL OTHERS SIMILARLY SITUATED, Plaintiffs | * * * * * * * | |
| VS. | * * | CIVIL ACTION NO. B-98-185 |
| MID-VALLEY FORD, INC. and FORD MOTOR COMPANY, Defendants | * * * | |

## ORDER GRANTING ABATEMENT

The Court, having received Defendant's Motion to Abate is of the opinion that it should be granted.

It is hereby Ordered, Adjudge and Decreed that this matter shall be abated ~~for~~ UNTIL MAY 28 1999 ~~sixty days~~ in order for Defendants' to respond to Plaintiffs' Written Demand under §17.505 of the Tex. Bus. & Commerce Code.

Signed this 17 day of MAY, 1999 in Brownsville, Texas.

_____
MAGISTRATE JUDGE

cc: Ron Armstrong
Joseph Anthony Rodriguez
Alan Erwin
Lynn Parsegian
Tom Bullion