16

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERTO RAMIREZ, SAUL RAMIREZ and MARGARITA RAMIREZ, Individually and on behalf of ALL OTHERS SIMILARLY SITUATED, Plaintiffs | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-185 |
| MID-VALLEY FORD, INC. and FORD MOTOR COMPANY, Defendants | § § § § | |

United States District Court
Southern District of Texas
ENTERED
JUN 15 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER OF DISMISSAL

On this day came on to be heard **Plaintiffs' Motion to Dismiss With Prejudice** in regards to the above-entitled and numbered cause, seeking dismissal with prejudice. The Court finds that all matters in dispute between Plaintiffs **Roberto Ramirez**, **Saul Ramirez**, and **Margarita Ramirez** against Defendants **Ford Motor Company** and **Mid-Valley Ford, Inc.** are dismissed.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that **Plaintiffs' Motion To Dismiss With Prejudice** is granted.

SIGNED this 9th day of June, 1999.

_____
JUDGE PRESIDING

COPIES TO:

Mr. R.W. Armstrong
**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

D. Alan Erwin, Jr.
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786

dll/Mtn - motion to dismiss w/prej/ramirez 998-978